IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EVANS, JR.,　　　　　　　　　　　　　No. C 11-3129 YGR (PR)

　　　　Petitioner,　　　　　　　　　　　　　**JUDGMENT**

　v.

CONNIE GIPSON, Acting Warden,

　　　　Respondent.
　　　　　　　　　　　　　　　　　　　　　　　/

　　　Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; Denying Certificate of Appealability; and Terminating Remaining Pending Motions as Moot signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d).

　　　IT IS SO ORDERED.

DATED: 　September 12, 2012　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Evans3129.jud.frm